**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**B.V.J., Defendant—Appellant.**

**No. 10-30047.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 28, 2010.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Appellant, a juvenile, appeals from the sentence imposed following his true-plea to an act of juvenile delinquency, pursuant to 18 U.S.C. § 5031, that constituted aiding and abetting burglary, in violation of 18 U.S.C. § 2(a); 18 U.S.C. § 1153(a), (b). Appellant was sentenced to official detention for 14 months and to supervision following his release from official detention until his eighteenth birthday. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The record reflects that the district court conducted the requisite "assessment of the totality of the unique circumstances and rehabilitative needs" of appellant. *United States v. Juvenile*, 347 F.3d 778, 787 (9th Cir.2003). Appellant has not shown that the district court abused its discretion by failing to impose the "least restrictive means to accomplish [appellant's] rehabilitation." *Id.*

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.